| | |
|---|---|
| CENTER FOR DISABILITY ACCESS | Jose Macias, Jr., Bar No. 265033 |
| Chris Carson, Esq., SBN 280048 | jmacias@littler.com |
| Amanda Seabock, Esq., SBN 289900 | LITTLER MENDELSON, P.C. |
| Dennis Price, Esq., SBN 279082 | 50 W. San Fernando, 7th Floor |
| Mail: PO Box 262490 | San Jose, California 95113.2303 |
| San Diego, CA 92196-2490 | Telephone: (408) 998-4150 |
| Delivery: 9845 Erma Rd., St. 300 | Facsimile: (408) 288-5686 |
| San Diego, CA 92131 | Attorneys for Defendant |
| (858) 375-7385 | Ayar Produce Market I Inc. |
| phylg@potterhandy.com | |
| Attorneys for Plaintiff | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br>v.<br><br>FRED PAVLOW, in individual and representative capacity as trustee of The Lois Marie Pavlow Marital Trust; AVAR PRODUCE MARKET I INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 4:18-CV-06369-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br>AND ORDER |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 30, 2019        CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: April 30, 2019 | | LITTLER MENDELSON, P.C. |

By:   /s/ Jose Macias, Jr.
      Jose Macias, Jr.
      Attorneys for Defendant
      Ayar Produce Market I Inc.

DATED: 5/1/19



IT IS SO ORDERED
Judge Kandis Westmore
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jose Macias, counsel for Ayar Produce Market I Inc., and that I have obtained authorization of Mr. Macias to affix his electronic signature to this document.

Dated: April 30, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff